**DAVID Y. FARMER**
CHAPTER 7 TRUSTEE
1254 Marsh Street
Post Office Box 1443
San Luis Obispo, CA 93406
Telephone: (805) 541-5390
Facsimile: (805) 541-0769

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

| | |
|---|---|
| In Re:<br><br>PINNELLA, ALISON<br><br><br>_____<br>Debtor(s) | Case No: 9:10-BK-13881 RR<br><br>199:10-BK-<br>Chapter 7<br><br>REPORT OF TRUSTEE IN DISMISSED CASE |

   The Undersigned Chapter 7 Trustee of the Estate of the above-named Debtor reports that he/she has neither received any property nor paid any money on account of his estate, and the case has been dismissed.

   WHEREFORE, he/she requests that this report be approved, and that he/she be discharged from office.

Dated: September 22, 2010

_____
DAVID Y. FARMER, TRUSTEE

APPROVED BY ORDER OF THE UNITED STATES BANKRUPTCY COURT AND THE SAID ESTATE(S) IS HEREBY CLOSED.

Dated: _____

_____
Jon D. Ceretto, Clerk of Court